**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BARBARA ST. PIERRE and LYNN GUILLOTTE, on behalf of themselves and all others similarly situated, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 4:13-cv-13202 |
| | ) |
| CVS PHARMACY, INC., MASSACHUSETTS CVS PHARMACY, L.L.C., MASSACHUSETTS CVS PHARMACY, INC., and CVS CAREMARK CORPORATION, | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Attorney Jeffrey S. Brody as counsel for the Defendants

CVS Pharmacy, Inc., Massachusetts CVS Pharmacy, L.L.C., Massachusetts CVS Pharmacy, Inc.

and CVS Caremark Corporation in this matter.

Respectfully submitted,

CVS PHARMACY, INC.,
MASSACHUSETTS CVS PHARMACY,
L.L.C., MASSACHUSETTS CVS
PHARMACY, INC., and CVS
CAREMARK CORPORATION,

By their attorneys,

/s/ Jeffrey S. Brody
Jeffrey S. Brody (BBO# 556032)
Douglas J. Hoffman (BBO# 640472)
JACKSON LEWIS P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025; FAX: (617) 367-2155

Dated: December 19, 2013

## <u>CERTIFICATE OF SERVICE</u>

This hereby certifies that on this 19th day of December 2013, a true and accurate copy of the above document was filed with the Court via the ECF system, and served upon the attorneys listed below, via first-class mail, postage prepaid.

Philip J. Gordon
Kristen M. Hurley
GORDON LAW GROUP LLP
585 Boylston Street
Boston, Massachusetts 02116
(617) 536-1800

/s/ Jeffrey S. Brody
Jackson Lewis LLP