IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BARBARA ST. PIERRE and LYNN GUILLOTTE, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 4:13-cv-13202 |
| CVS PHARMACY, INC., MASSACHUSETTS CVS PHARMACY, L.L.C., MASSACHUSETTS CVS PHARMACY, INC., and CVS CAREMARK CORPORATION, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. Proc. 7.1 and Local Rule 7.3, Defendants CVS Pharmacy, Inc., Massachusetts CVS Pharmacy, L.L.C., Massachusetts CVS Pharmacy, Inc., and CVS Caremark Corporation ("Defendants"), state as follows:

CVS Caremark Corporation has no parent corporation and no publicly held corporation owns 10% or more of its stock.

CVS Pharmacy, Inc. is a wholly-owned subsidiary of CVS Caremark Corporation, a publicly-traded corporation.

Massachusetts CVS Pharmacy, L.L.C. was wholly-owned by CVS Pharmacy, Inc., a privately-held corporation. Massachusetts CVS Pharmacy, L.L.C. was merged into CVS Pharmacy, Inc. on January 1, 2011, and no longer exists.

Massachusetts CVS Pharmacy, Inc. is a wholly-owned subsidiary of CVS Pharmacy, Inc., a privately-held corporation.

Respectfully submitted,

CVS PHARMACY, INC.,
MASSACHUSETTS CVS PHARMACY,
L.L.C., MASSACHUSETTS CVS
PHARMACY, INC., and CVS
CAREMARK CORPORATION,

By their attorneys,


/s/ Douglas J. Hoffman
Jeffrey S. Brody (BBO# 556032)
Douglas J. Hoffman (BBO# 640472)
JACKSON LEWIS P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025; FAX: (617) 367-2155
brodyj@jacksonlewis.com
hoffmand@jacksonlewis.com

Dated: December 20, 2013

## CERTIFICATE OF SERVICE

This hereby certifies that on this 20th day of December 2013, a true and accurate copy of the above document was filed with the Court via the ECF system, and served upon the attorneys listed below, via first-class mail, postage prepaid.

Philip J. Gordon
Kristen M. Hurley
GORDON LAW GROUP LLP
585 Boylston Street
Boston, Massachusetts 02116
(617) 536-1800

/s/ Douglas J. Hoffman
Jackson Lewis LLP