# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA ST. PIERRE and LYNN GUILLOTTE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>CVS PHARMACY, INC., MASSACHUSETTS CVS PHARMACY, L.L.C., MASSACHUSETTS CVS PHARMACY, INC., and CVS CAREMARK CORPORATION,<br><br>      Defendants. | C.A. No. 4:13-CV-13202-TSH |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Defendants CVS Pharmacy, Inc., Massachusetts CVS Pharmacy, L.L.C., Massachusetts CVS Pharmacy, Inc., and CVS Caremark Corporation (collectively "CVS") submit as supplemental authority the attached decision of the United States Court of Appeals for the Seventh Circuit in Allen v. City of Chicago, No. 16-1029, 2017 U.S. App. LEXIS 14230 (7th Cir. Aug. 3, 2017).

CVS cited to Allen v. City of Chicago., No. 10 C 3183, 2015 U.S. Dist. LEXIS 165906, (N.D. Ill. Dec. 10, 2015) in its Proposed Findings of Fact and Conclusions of Law, with respect to the proper standard for determining "constructive notice" of alleged off-the-clock work. Dkt. No. 121, p. 16, n.26. In Allen, following a bench trial, the district court found that even if the supervisor knew a plaintiff had performed off-duty work on his or her BlackBerry, it would be extremely impractical to force the supervisor to also verify that a time due slip was turned in for that work. Allen, 2015 U.S. Dist. LEXIS 165906, at *56-57. In other words, constructive

knowledge attaches only if a supervisor is both aware that off-the-clock work was performed, *and* that it was not paid. In its August 3, 2017 decision, the Seventh Circuit affirmed the district court's findings in all respects. Allen, 2017 U.S. App. LEXIS 14230, at *19-23.

Respectfully submitted,

CVS PHARMACY, INC.,
MASSACHUSETTS CVS PHARMACY,
L.L.C., MASSACHUSETTS CVS
PHARMACY, INC., and CVS
CAREMARK CORPORATION,

By their attorneys,

/s/ Douglas J. Hoffman
Douglas J. Hoffman (BBO# 640472)
*hoffmand@jacksonlewis.com*
Matthew A. Porter (BBO# 630625)
*porterm@jacksonlewis.com*
JACKSON LEWIS P.C.
75 Park Plaza
Boston, MA 02116
(617) 367-0025; FAX: (617) 367-2155

Dated: August 4, 2017

## CERTIFICATE OF SERVICE

This hereby certifies that on this 4th day of August 2017 a true and accurate copy of the above document was filed with the Court and served upon the attorneys listed below, via the Court's ECF system.

Philip J. Gordon
Kristen M. Hurley
GORDON LAW GROUP LLP
585 Boylston Street
Boston, Massachusetts 02116
(617) 536-1800

/s/ Douglas J. Hoffman
Jackson Lewis P.C.

4846-0305-1084, v. 1